SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of Walter GALLAGHER, Bessie Christie, Salvatore La Porte, Mildred Runyon, Jennie Bartimo, Elizabeth Small, Melva Lindsay, Rocco Altieri, Helen Lauer, Filomena Passarelli & Edith Sussman, Plaintiffs–Appellants,

v.

SECRETARY OF HEALTH & HUMAN SERVICES, Defendant–Appellee.

No. 00–6177.

United States Court of Appeals, Second Circuit.

Jan. 17, 2001.

Charles Robert, Robert, Lerner & Robert, Rockville Centre, NY, for appellants.

Kathleen A. Mahoney, Ass't U.S. Att'y, EDNY, Brooklyn, NY, for appellee.

Present KEARSE, JACOBS, and JOSÉ A. CABRANES, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Hurley's Memorandum and Order dated March 30, 2000.

We have considered all of plaintiffs' contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.